E. L. Mooney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

REDNER, Respondent, v. BUTTERMILK FALLS ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1903.) Action by Daniel S. Redner against the Buttermilk Falls Electric Company. No opinion. Order settled and signed.

---

In re REICHERT. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) In the matter of the judicial settlement of the account of Lizzie Reichert, as administratrix of Charles G. Reichert, deceased. No opinion. Order settling case on appeal affirmed, with $10 costs and disbursements.

---

In re REICHERT. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) In the matter of the judicial settlement of the account of Lizzie Reichert, as sole surviving administratrix of Charles G. Reichert. No opinion. Decree of the Surrogate's Court of Suffolk county (77 N. Y. Supp. 654) affirmed, with costs.

---

RICHTMYER v. LASHER et al. (Supreme Court, Appellate Division, Third Department. May 23, 1903.) Action by Alvin Richtmyer against Marquis A. Lasher and another.

PER CURIAM. Motion granted, without costs, upon condition that the moving defendants stipulate that the plaintiff may withdraw his appeal to the Court of Appeals, without costs, and also pay to the plaintiff, if he does withdraw such appeal, the expense of printing of appeal book in the Court of Appeals, and all other of the plaintiff's taxable disbursements of the appeal; payment to be made within 10 days after the same are taxed and notice thereof served upon defendants' attorney. If default is made in the performance of such condition, this motion is denied with $10 costs.

---

RITTER, Appellant, v. BROADWAY REALTY CO., Respondent. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by William M. Ritter against the Broadway Realty Company. M. J. Earley, for appellant. F. Wickes, for respondent. No opinion. Judgment affirmed, with costs.

---

In re ROBBINS AVE. (Supreme Court, Appellate Division, First Department. June 19, 1903.) In the matter of Robbins avenue. No opinion. Order resettled.

---

ROCHESTER & L. O. WATER CO., Respondent, v. CITY OF ROCHESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1903.) Action by the Rochester & Lake Ontario Water Company against the city of Rochester. No opinion. Order affirmed, with $10 costs and disbursements.

---

ROCKWELL, Respondent, v. VILLAGE OF SOLVAY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1903.) Action by George T. Rockwell against the village of Solvay. No opinion. Judgment and order affirmed, with costs.

---

In re ROGERS. (Supreme Court, Appellate Division, First Department. May 8, 1903.) In the matter of Jacob S. Rogers, deceased. No opinion. Order affirmed, with costs.

---

ROOSEVELT et al., Respondents, v. HOLLAND TRUST CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Robert B. Roosevelt and others against the Holland Trust Company and others. G. M. Van Hoesen, for appellants. S. H. Yeaman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

ROSENSTEIN et al., Respondents, v. TRADERS' INS. CO. OF CHICAGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by Solomon Rosenstein and another against the Traders' Insurance Company of Chicago.

PER CURIAM. Motion granted by amending decision by striking out the words, "upon questions of law only, the facts having been examined, and no error found therein," and inserting in place thereof the words "upon questions of law and fact." Said motion is so granted upon the condition that the plaintiffs have the right, if they so elect, to discontinue, without costs, any appeal instituted to review said decision.

---

ROTHENBERG, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by Michael Rothenberg against the Brooklyn Heights Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

---

ROURKE et al., Appellants, v. ELK DRUG CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 12, 1903.) Action by John H. Rourke and another against the Elk Drug Company and others.

PER CURIAM. Order modified by striking therefrom specifications 4, 7, 8, 9, 10, 14, 15, 16, 17, 18, 21, 24, 25, 26, 27, 28, 29, 30, 31. From specification 6 strike out the last clause, to wit, "and the respective prices of such arti-